JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JAMES MCGRAIL,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN GAMBOA, Warden,<br><br>    Respondent. | Case No. CV 18-3642 JVS (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: April 28, 2022

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE